IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-01956-STV

CIVIL RIGHTS EDUCATION AND ENFORCEMENT CENTER,
AL OTRO LADO, and
TEXAS CIVIL RIGHTS PROJECT,

    Plaintiffs,

v.

U.S. CUSTOMS AND BORDER PROTECTION.

    Defendant.

**JOINT MOTION TO CONVERT SCHEDULING CONFERENCE
TO STATUS CONFERENCE**

    Plaintiffs Civil Rights Education and Enforcement Center, Al Otro Lado, and Texas Civil Rights Project ("Plaintiffs), together with Defendant U.S. Customs and Border Protection ("CBP," and together with Plaintiffs, the "Parties") jointly move to convert the scheduling conference currently set for September 4, 2024, at 2:00 P.M., ECF No. 30, to a status conference. As noted, pursuant to D.C.COLO.LCivR 7.1(a), this motion is being filed jointly

    There is good cause to convert the scheduling conference to a status conference because Plaintiffs have brought this action under the Freedom of Information Act ("FOIA"), for which discovery is typically not permitted. Instead, the Parties believe that a status conference will allow the Parties and the Court to discuss and assess a production schedule for responsive documents most efficiently. Accordingly, a status conference to discuss production, prior to a formal scheduling conference and scheduling order, will promote judicial economy.

1

1. This action was originally commenced in the Central District of California. This action is brought by Plaintiffs under FOIA seeking records from CBP related to the implementation of a CBP application and its impact on asylum seekers with disabilities. *See generally* ECF No. 1.

2. CBP is currently in the process of searching for, collecting, and producing documents responsive to Plaintiffs' FOIA requests. CBP expects and intends to begin production in Mid-September, 2024.

3. In order to determine the next steps in this case and a schedule for the production of responsive documents, the Parties believe that a status conference with the Court discussing the matter and a production timeline would be beneficial. The Parties believe that that would be more efficient for the Parties and the Court than drafting a proposed scheduling order and reviewing it with the Court at a scheduling conference.

4. Accordingly, the Parties seek to convert the scheduling conference currently set for September 4, 2024, at 2:00 PM, ECF No. 30, to a status conference. The requested relief will not prejudice any party or delay the progression of this case because discovery has not started. Rather, the requested relief will simplify and streamline the proceedings, and promote judicial economy.

5. CBP hopes to have completed its search of responsive documents by September 4, 2024, so that the Parties may discuss entry of an order as to a monthly production schedule. The Parties will also request the entry of a production order, and dates by which the Parties must file dispositive motions, at the proposed September 4, 2024, status conference.

6. Per D.C.COLO.LCivR 7.1(a), the Parties are filing this motion jointly.

WHEREFORE, for the reasons set forth above, the Parties respectfully request that the Court convert the scheduling conference currently set for September 4, 2024, at 2:00 PM, ECF No. 30, to a status conference.

|  |  |
|---|---|
| | MATTHEW T. KIRSCH<br>Acting United States Attorney |
| /s/ Jeremy Jong<br>Al Otro Lado<br>634 S Spring St, Suite 908<br>Los Angeles, CA 90014<br>Telephone: (323) 204-6420<br>jeremy@alotrolado.org | /s/ Andrew M. Soler<br>Andrew M. Soler<br>United States Attorney's Office<br>1801 California Street, Suite 1600<br>Denver, CO 80202<br>Phone: 303-454-0201<br>Andrew.Soler@usdoj.gov<br>Counsel for Defendant |
| Cynthia L. Rice<br>Laura Murchie<br>Civil Rights Education and Enforcement Center<br>1245 E. Colfax Ave., Suite 400<br>Denver, CO 80218<br>(303) 757-7901<br>crice@creeclaw.org<br>lmurchie@creeclae.org | |
| Counsel for Plaintiffs | |

## CERTIFICATE OF SERVICE

      I certify that on September 4, 2024, I filed the foregoing with the Clerk of the Court for the District of Colorado using the CM/ECF system, which will send a copy to the following email addresses:

crice@creeclaw.org

jeremy@alotrolado.org


                                                s/ *Andrew M. Soler*
                                                Andrew M. Soler