IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 24-cv-01956-STV | Date: September 4, 2024 |
| Courtroom Deputy: Monique Ortiz | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                  *Counsel:*

CIVIL RIGHTS EDUCATION AND        Jeremy Jong (by phone)
ENFORCEMENT CENTER, AL OTRO LADO    Laura Murchie (by phone)

    Plaintiffs,

v.

TEXAS CIVIL RIGHTS PROJECT, and         Andrew Soler
U.S. CUSTOMS AND BORDER PROTECTION

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**STATUS CONFERENCE**
**Court in session:**    **2:07 p.m.**
Court calls case. Appearances of counsel.

This matter is before the court for a status of the case.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**          The court sets the following production of documents schedule:

| | |
|---|---|
| Initial Production | September 20, 2024 |
| Additional 500 pages | October 18, 2024 |
| Additional 500 pages | November 22, 2024 |
| Final Production | December 25, 2024 |

                     The parties shall file either Dismissal Papers or a Status Report on or before January 27, 2025.

HEARING CONCLUDED.

**Court in recess:**   2:13 p.m.
Total time in court:   00:06

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.